(Court of Appeal, Parish of Orleans.)

## MILLER-MORGAN COMPANY, LIMITED vs. WILLIAM BEVERUNG.

Involves only issues of fact.

Appeal from the Civil District Court, Division "E."

Milner & Morgan, for plaintiff and appellee.

A. Romain, for defendant and appellant.

H. A Moise, attorney.

ST. PAUL, J.—This is a claim for the purchase price of certain cattle feed delivered and used at defendant's dairy.

The defense is in substance that defendant and his wife were separated at the time; that she was conducting the dairy as her own; and that defendant had notified plaintiff that he would not be responsible for any feed purchased by her.

The evidence shows that defendant and his wife were separated neither in law nor in fact, but resided together in the same premises; that the dairy belonged to the community, stood in the husband's name, and was conducted on the very premises in which they resided; that defendant knew that the feed was being delivered and used on the premises; and far from having notified plaintiff that he would not be responsible therefor, defendant, on the contrary, promised definitely to pay for the same, in spite of the conflict in testimony.

There is some evidence tending to show that defendant and his wife were not on the best of terms at the time, in consequence of which their ways drifted somewhat apart, but that can have no bearing whatever on defendant's liability.

Judgment affirmed.

May 13th, 1912.

Rehearing refused, June 19th, 1912.

June 20th, 1912. Notice of intention to apply to Supreme Court for writ, etc.